**MUNGER, TOLLES & OLSON LLP**

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

August 8, 2016

Writer's Direct Contact
(213) 683-9260
(213) 593-2960 FAX
jacob.kreilkamp@mto.com

<u>**VIA ECF AND FAX**</u>

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2204
New York, NY  10007

   Re: <u>Pacific Life Insurance Company, et al. v. U.S. Bank National Association, et al.,</u>
     Case No. 16-cv-00555-PGG

Dear Judge Gardephe:

  I am counsel for Defendant Bank of America, N.A. ("Bank of America") and I write on behalf of Bank of America and Defendant U.S. Bank National Association (collectively, "Defendants"), with respect to the above captioned matter.  I write this letter pursuant to Your Honor's Individual Rules of Practice in Civil Cases (the "Rules"), Section 4.H.

  On March 31, 2016, Defendants submitted a pre-motion letter [Docket No. 59] requesting permission to file a joint motion to dismiss all claims in Plaintiffs' Complaint ("Pre-motion Request").  On April 7, Plaintiffs filed a responsive letter [Docket No. 62].  On April 14, 2016, at an Initial Pretrial Conference, Your Honor ordered Defendants to submit a response to Plaintiffs' April 7, 2016 letter, which Defendants submitted on April 27, 2016 [Docket No. 72].

MUNGER, TOLLES & OLSON LLP

Honorable Paul G. Gardephe
August 8, 2016
Page 2

      Per Your Honor's Rules, Section 4.H, the Defendants send this letter to alert the Court that the Pre-motion Request has not been decided within 90 days of April 27, 2016, the date on which Defendants submitted their response to Plaintiffs' response to the Pre-motion Request.

                                                  Very truly yours,

                                                  Jacob S. Kreilkamp

cc:      All counsel of record (by ECF)