UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

PACIFIC LIFE INSURANCE COMPANY, and
PACIFIC LIFE & ANNUITY COMPANY,

                                            Plaintiffs,

  -against-

U.S. BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, NA,

                                            Defendants.

Index No. 16-cv-00555 (PGG)

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

      Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs.  I kindly request receipt of electronic ECF notifications in this matter.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York         Respectfully submitted,
       January 11, 2018

                                       By:    */s/ Vincenzo A. Novelli*
                                                  Vincenzo A. Novelli
                                                  WOLLMUTH MAHER & DEUTSCH LLP
                                                  500 Fifth Ave
                                                  New York, New York 10110
                                                  Phone: (212) 382-3300
                                                  Fax: (212) 382-0050
                                                  vnovelli@wmd-law.com

                                                  *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Vincenzo A. Novelli, certify that on January 11, 2018, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

                                       */s/ Vincenzo A. Novelli*