**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY, and PACIFIC LIFE & ANNUITY COMPANY, | Index No. 16-cv-00555 (PGG) |
| Plaintiffs, | |
| -against- | |
| U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, NA, | |
| Defendants. | |

## <u>NOTICE OF APPEARANCE</u>

**To the Clerk of this Court and all parties of record:**

Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs. I kindly request receipt of electronic ECF notifications in this matter.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
      January 11, 2018

Respectfully submitted,

By:    */s/ Maxwell G. Dillan*
      Maxwell G. Dillan
      WOLLMUTH MAHER & DEUTSCH LLP
      500 Fifth Ave
      New York, New York 10110
      Phone: (212) 382-3300
      Fax: (212) 382-0050
      mdillan@wmd-law.com

      *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Maxwell G. Dillan, certify that on January 11, 2018, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

*/s/ Maxwell G. Dillan*