**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PACIFIC LIFE INSURANCE COMPANY, and PACIFIC LIFE & ANNUITY COMPANY,**

                              Plaintiffs,

  -against-

**U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, NA,**

                              Defendants.

Index No. 16-cv-00555 (PGG)

---

## **NOTICE OF APPEARANCE**

**To the Clerk of this Court and all parties of record:**

    Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs. I kindly request receipt of electronic ECF notifications in this matter.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York　　　　Respectfully submitted,
　　　　January 11, 2018

                              By:    */s/ Bridget E. Croutier*
　　　　　　　　　　　　　　　　　　　Bridget E. Croutier
　　　　　　　　　　　　　　　　　　　WOLLMUTH MAHER & DEUTSCH LLP
　　　　　　　　　　　　　　　　　　　500 Fifth Ave
　　　　　　　　　　　　　　　　　　　New York, New York 10110
　　　　　　　　　　　　　　　　　　　Phone: (212) 382-3300
　　　　　　　　　　　　　　　　　　　Fax: (212) 382-0050
　　　　　　　　　　　　　　　　　　　bcroutier@wmd-law.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Bridget E. Croutier, certify that on January 11, 2018, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

                                              */s/ Bridget E. Croutier*