```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PACIFIC LIFE INSURANCE COMPANY and
PACIFIC LIFE & ANNUITY COMPANY

                     Plaintiffs,

– against –

U.S. BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, N.A.,

    Defendants.

Case No. 16-cv-00555 (PGG)

Hon. Paul G. Gardephe

**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON MOTIONS TO DISMISS AMENDED COMPLAINT**

      WHEREAS, on November 30, 2017, Pacific Life Insurance Company and Pacific Life & Annuity Company ("Plaintiffs") filed an Amended Complaint in this action; and

      WHEREAS, on December 26, 2017, this Court granted Bank of America, N.A.'s and U.S. Bank National Association's (collectively, "Defendants") request for leave to file motions to dismiss Plaintiffs' Amended Complaint; and

      WHEREAS, pursuant to the Court's December 26, 2017 Order, Plaintiffs' oppositions to Defendants' motions to dismiss are currently due on April 16, 2018; and Defendants' replies are due on May 14, 2018; and

      WHEREAS, Bank of America requested an extension of the briefing schedule in order to accommodate certain conflicts that have arisen in its counsel's schedules;

      WHEREAS, the parties have met and conferred and jointly agree that, the deadline for Plaintiffs to file their oppositions should be extended by four days to April 20, 2018, and the deadline for Defendants to file their replies should be extended by those four days, as well as an additional three days, to May 21, 2018; and

WHEREAS, all parties consent to the proposed extension; and

WHEREAS, the parties have not previously sought an extension of the briefing schedule on Defendants' motions to dismiss Plaintiffs' Amended Complaint; and

WHEREAS, the proposed extension of the briefing schedule would not affect any other scheduled dates in this matter;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for each of the Plaintiffs and for each of the Defendants that:

1. The deadline for Plaintiffs to serve their oppositions to Defendants' motions to dismiss is extended to April 20, 2018; and

2. The deadline for Defendants to serve and file their replies is extended to May 21, 2018.

Dated: April 11, 2018                Respectfully submitted,

*/s/ Ryan A. Kane*
WOLLMUTH MAHER & DEUTSCH LLP
David H. Wollmuth
Steven S. Fitzgerald
Ryan A. Kane
Philip R. Schatz
Roselind F. Hallinan
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
dwollmuth@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com
pschatz@wmd-law.com
rhallinan@wmd-law.com

*Attorneys for Plaintiffs Pacific Life Insurance Company and Pacific Life & Annuity Company*

Dated: April 11, 2018         /s/ *Michael T. Marcucci*
                              JONES DAY
                              David F. Adler
                              Louis A. Chaiten
                              901 Lakeside Avenue
                              Cleveland, Ohio 44114
                              Tel: (216) 586-3939
                              dadler@jonesday.com
                              lachaiten@jonesday.com

                              Michael T. Marcucci
                              100 High Street
                              21st Floor
                              Boston, Massachusetts 02110
                              Tel: (617) 960-3939
                              mmarcucci@jonesday.com

                              Andrew S. Kleinfeld
                              250 Vesey Street
                              New York, New York 10281
                              Tel: (212) 326-3939
                              skleinfeld@jonesday.com

                              *Attorneys for Defendant U.S. Bank National Association*


Dated: April 11, 2018          /s/ Jacob S. Kreilkamp
                              MUNGER, TOLLES & OLSON LLP
                              James C. Rutten
                              Jacob S. Kreilkamp
                              Wesley T.L. Burrell
                              Adam P. Barry
                              350 South Grand Avenue
                              50th Floor
                              Los Angeles, California 90071
                              Tel: (213) 683-9260
                              jacob.kreilkamp@mto.com
                              james.rutten@mto.com
                              wesley.burrell@mto.com
                              adam.barry@mto.com

SIDLEY AUSTIN LLP
David F. Graham
Mark C. Brown
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
dgraham@sidley.com
mark.brown@sidley.com

Isaac S. Greaney
Daniel Gimmel
Jon W. Muenz
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-7324
igreaney@sidley.com
dgimmel@sidley.com
jmuenz@sidley.com

*Attorneys for Defendant Bank of America, N.A.*

IT IS SO ORDERED:

Dated: April 13, 2018

_____
Hon. Paul G. Gardephe
U.S. District Judge

4