UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
                                                             :
**PACIFIC LIFE INSURANCE COMPANY,** *et al.*,                :   Case No. 16-cv-00555 (PGG)
                                                             :
                                                             :
            **Plaintiffs,**                                  :   Hon. Paul G. Gardephe
                                                             :
                                                             :
      v.                                                     :   ECF CASE
                                                             :
                                                             :
**U.S. BANK NATIONAL ASSOCIATION,** *et al.*                 :
                                                             :
                                                             :
            **Defendants.**                                  :
                                                             :
------------------------------------------------------------ X

## NOTICE OF U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of U.S. Bank National Association's Motion to Dismiss Plaintiffs' Amended Complaint, Declaration of David F. Adler in Support of U.S. Bank National Association's Motion to Dismiss Plaintiffs' Amended Complaint, and all prior proceedings and matters of record in this case, Defendant U.S. Bank National Association, by and through its undersigned counsel, will move the Court before the Honorable Paul G. Gardephe, United States District Judge, Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 705, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint filed by Plaintiffs Pacific Life Insurance Company and Pacific Life & Annuity

Company, and granting such other and further relief as the Court deems just and proper under the circumstances.  Oral argument is requested.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered December 26, 2017 (ECF No. 120), any opposing papers shall be served by April 17, 2018, and any reply papers shall be served by May 15, 2018.[1]

---

[1] With Plaintiffs' consent, Defendants are serving their respective briefs on February 20, 2018, rather than February 19, 2018, because February 19, 2018 was a legal holiday. Accordingly, the deadlines for service of the opposing and reply papers are calculated from February 20, 2018, rather than February 19, 2018.

Dated:  February 20, 2018

Respectfully submitted,

*(signature)*

JONES DAY
David F. Adler (admitted *pro hac vice*)
Louis A. Chaiten (admitted *pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
(216) 586-3939; (216) 579-0212 (fax)
dfadler@jonesday.com
lachaiten@jonesday.com

Michael T. Marcucci (admitted *pro hac vice*)
100 High Street, 21st Floor
Boston, Massachusetts  02110-1781
(617) 960-3939; (617) 449-6999 (fax)
mmarcucci@jonesday.com

Albert J. Rota
2727 N. Harwood Street, Suite 500
Dallas, Texas  75201-1515
(214) 220-3939; (214) 969-5100 (fax)
ajrota@jonesday.com

Andrew S. Kleinfeld
250 Vesey Street
New York, New York  10281-1047
(212) 326-3939; (212) 755-7306 (fax)
askleinfeld@jonesday.com

*Attorneys for Defendant U.S. Bank National Association*

## **CERTIFICATE OF SERVICE**

I, David F. Adler, certify that on February 20, 2018, I caused the foregoing Notice of U.S. Bank National Association's Motion to Dismiss Plaintiffs' Amended Complaint to be served upon the following via electronic mail:

David H. Wollmuth
Michael C. Ledley
Philip R. Schatz
Roselind F. Hallinan
Ryan A. Kane
Sean P. McGonigle
Steven S. Fitzgerald
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300; (212) 382-0050 (fax)
dwollmuth@wmd-law.com
mledley@wmd-law.com
pschatz@wmd-law.com
rhallinan@wmd-law.com
rkane@wmd-law.com
smcgonigle@wmd-law.com
sfitzgerald@wmd-law.com

*Attorneys for Plaintiffs Pacific Life Insurance Company and Pacific Life & Annuity Company*


James C. Rutten
Jacob S. Kreilkamp
Wesley T.L. Burrell
Adam P. Barry
Matthew K. Donohue
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California  90071-3426
(213) 683-9100; (213) 687-3702 (fax)
james.rutten@mto.com
jacob.kreilkamp@mto.com
wesley.burrell@mto.com
adam.barry@mto.com
matthew.donohue@mto.com

Isaac S. Greaney
Daniel Gimmel
Jon W. Muenz
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-6791; (212) 839-5599 (fax)
igreaney@sidley.com
dgimmel@sidley.com
jmuenz@sidley.com

David F. Graham
Frank J. Favia, Jr.
Mark C. Brown
SIDLEY AUSTIN, LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000; (312) 853-7036 (fax)
dgraham@sidley.com
ffavia@sidley.com
mark.brown@sidley.com

*Attorneys for Defendant Bank of America, N.A.*

_____
David F. Adler