May 21, 2018

**<u>VIA ECF AND HAND DELIVERY</u>**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2204
New York, NY 10007

    Re:    <u>Pacific Life Insurance Company, et al. v. U.S. Bank National Association, et al.</u>, Case No. 16-cv-00555-PGG—Request for Oral Argument

Dear Judge Gardephe:

    We are counsel for Defendants U.S. Bank National Association and Bank of America, N.A. ("BANA") in the above-referenced action.  Today, each of U.S. Bank and BANA is filing its respective papers in support of its Motion to Dismiss Plaintiffs' Amended Complaint.  Pursuant to Rule IV.D. of Your Honor's Individual Rules of Practices in Civil Cases, we respectfully request oral argument in connection with the Motions to Dismiss.

Respectfully submitted,

| /s/ James C. Rutten | /s/  David F. Adler |
|---|---|
| MUNGER, TOLLES & OLSON LLP | JONES DAY |
| James C. Rutten | David F. Adler (admitted *pro hac vice*) |
| Jacob S. Kreilkamp | Louis A. Chaiten (admitted *pro hac vice*) |
| Wesley T.L. Burrell | North Point |
| Matthew K. Donohue | 901 Lakeside Avenue |
| 350 South Grand Avenue, 50th Floor | Cleveland, Ohio  44114-1190 |
| Los Angeles, California  90071-3426 | (216) 586-3939; (216) 579-0212 (fax) |
| (213) 683-9100; (213) 687-3702 (fax) | dfadler@jonesday.com |
| james.rutten@mto.com | lachaiten@jonesday.com |
| jacob.kreilkamp@mto.com | |
| wesley.burrell@mto.com | Michael T. Marcucci (admitted *pro hac vice*) |
| matthew.donohue@mto.com | 100 High Street, 21st Floor |
| | Boston, Massachusetts  02110-1781 |
| | (617) 960-3939; (617) 449-6999 (fax) |
| SIDLEY AUSTIN LLP | mmarcucci@jonesday.com |
| David F. Graham | |
| One South Dearborn Street | Albert J. Rota |
| Chicago, Illinois  60603 | 2727 N. Harwood Street, Suite 500 |
| (312) 853-7000; (312) 853-7036 (fax) | Dallas, Texas  75201-1515 |
| dgraham@sidley.com | (214) 220-3939; (214) 969-5100 (fax) |
| | ajrota@jonesday.com |

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Isaac S. Greaney<br>Daniel Gimmel<br>787 Seventh Avenue<br>New York, New York  10019<br>(212) 839-5300; (212) 853-5599 (fax)<br>igreaney@sidley.com<br>dgimmel@sidley.com<br><br>*Attorneys for Defendant Bank of America, N.A.* | Andrew S. Kleinfeld<br>250 Vesey Street<br>New York, New York  10281-1047<br>(212) 326-3939; (212) 755-7306 (fax)<br>askleinfeld@jonesday.com<br><br>*Attorneys for Defendant U.S. Bank National Association* |

cc:   All counsel of record (by ECF)