UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY and PACIFIC LIFE & ANNUITY COMPANY,<br><br>Plaintiffs,<br><br>- against -<br><br>U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No. 1:16-cv-00555-PGG |

**BANK OF AMERICA, N.A.'S NOTICE OF MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

MUNGER, TOLLES & OLSON LLP
James C. Rutten
Jacob S. Kreilkamp
Wesley T.L. Burrell
Matthew K. Donohue
350 South Grand Avenue, 50th Floor
Los Angeles, California  90071-3426
(213) 683-9100; (213) 687-3702 (fax)
james.rutten@mto.com
jacob.kreilkamp@mto.com
wesley.burrell@mto.com
matthew.donohue@mto.com

SIDLEY AUSTIN LLP
David F. Graham
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000; (312) 853-7036 (fax)
dgraham@sidley.com

SIDLEY AUSTIN LLP
Isaac S. Greaney
Daniel Gimmel
Jon W. Muenz
787 Seventh Avenue
New York, New York  10019
(212) 839-5300; (212) 853-5599 (fax)
igreaney@sidley.com
dgimmel@sidley.com
jmuenz@sidley.com

*Attorneys for Defendant Bank of America, N.A.*

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiffs' Complaint, dated February 20, 2018; the Declaration of Matthew K. Donohue executed on February 20, 2018, and the exhibits thereto; the Declaration of Jay Miller, executed on November 8, 2017, and the exhibit thereto; Defendant U.S. Bank National Association's Motion to Dismiss Plaintiffs' Complaint, dated February 20, 2018; the accompanying Declaration of David Adler, and the exhibits thereto; and all prior pleadings and proceedings herein, defendant Bank of America, N.A., moves this Court, before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York, as soon as counsel may be heard, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing, without further leave to replead, Plaintiffs' Complaint for failure to state a claim.

//

//

//

//

//

//

//

//

//

//

//

//

Respectfully submitted,

Dated:  February 20, 2018

BANK OF AMERICA, N.A.

By: ___*/s/ James C. Rutten*___

| | |
|---|---|
| MUNGER, TOLLES & OLSON LLP | SIDLEY AUSTIN LLP |
| James C. Rutten | David F. Graham |
| Jacob S. Kreilkamp | One South Dearborn Street |
| Wesley T.L. Burrell | Chicago, Illinois  60603 |
| Matthew K. Donohue | (312) 853-7000; (312) 853-7036 (fax) |
| 350 South Grand Avenue, 50th Floor | dgraham@sidley.com |
| Los Angeles, California  90071-3426 | |
| (213) 683-9100; (213) 687-3702 (fax) | SIDLEY AUSTIN LLP |
| james.rutten@mto.com | Isaac S. Greaney |
| jacob.kreilkamp@mto.com | Daniel Gimmel |
| wesley.burrell@mto.com | Jon W. Muenz |
| matthew.donohue@mto.com | 787 Seventh Avenue |
| | New York, New York  10019 |
| | (212) 839-5300; (212) 853-5599 (fax) |
| | igreaney@sidley.com |
| | dgimmel@sidley.com |
| | jmuenz@sidley.com |

*Attorneys for Defendant Bank of America, N.A.*

37988167.1

2