UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY and PACIFIC LIFE & ANNUITY COMPANY,<br><br>Plaintiffs,<br><br>- against -<br><br>U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No. 1:16-cv-00555-PGG |

**DECLARATION OF WESLEY T.L BURRELL IN SUPPORT OF BANK OF AMERICA, N.A.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

MUNGER, TOLLES & OLSON LLP
James C. Rutten
Jacob S. Kreilkamp
Wesley T.L. Burrell
Matthew K. Donohue
350 South Grand Avenue, 50th Floor
Los Angeles, California  90071-3426
(213) 683-9100; (213) 687-3702 (fax)
james.rutten@mto.com
jacob.kreilkamp@mto.com
wesley.burrell@mto.com
matthew.donohue@mto.com

SIDLEY AUSTIN LLP
David F. Graham
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000; (312) 853-7036 (fax)
dgraham@sidley.com

SIDLEY AUSTIN LLP
Isaac S. Greaney
Daniel Gimmel
Jon W. Muenz
787 Seventh Avenue
New York, New York  10019
(212) 839-5300; (212) 853-5599 (fax)
igreaney@sidley.com
dgimmel@sidley.com
jmuenz@sidley.com

*Attorneys for Defendant Bank of America, N.A.*

I, Wesley T.L. Burrell, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, co-counsel of record for Defendant Bank of America, N.A. in the above-captioned matter. I am admitted *pro hac vice* in this matter. I have personal knowledge of the facts stated in this declaration and could competently testify to them if called upon to do so. I make this declaration in support of Bank of America, N.A.'s Motion to Dismiss Plaintiffs' Amended Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the February 2014 Remittance Report for the WaMu Mortgage Pass-Through Certificates Series 2007-HY7 Trust, obtained by my law firm from U.S. Bank's public trustee reporting webpage, http://usbtrustgateway.usbank.com.

3. Attached hereto as **Exhibit 2** is an excerpted true and correct copy of the Prospectus Supplement for the WaMu Mortgage Pass-Through Certificates Series 2007-HY7, Trust obtained by staff of my law firm from the SEC's EDGAR webpage, www.sec.gov/edgar/searchedgar/companysearch.html.

I declare under penalty of perjury under the laws of the United States and of the State of New York that the foregoing is true and correct, and that this declaration was executed on May 21, 2018 at Los Angeles, California.

Wesley T.L. Burrell