# EXHIBIT 1

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

## Summary Collateral Information

|  | Description | Sale Number |
|---|---|---|
| Group 1 | HYBRID ARM | 8122 |
| Group 2 | HYBRID ARM | 8123 |
| Group 3 | HYBRID ARM | 8124 |
| Group 4 | HYBRID ARM | 8125 |

## General Information

| Description | Total | Group 1 | Group 2 | Group 3 | Group 4 |
|---|---|---|---|---|---|
| Weighted Average Pass Through Rate | 3.70918% | 2.45901% | 2.26190% | 4.40828% | 4.75079% |
| Weighted Average Mortgage Interest Rate | 4.12338% | 2.83401% | 2.83690% | 4.78328% | 5.00079% |
| Weighted Average Remaining Term (in Months) | 281.41774 | 281.92972 | 282.24632 | 281.08073 | 280.74052 |
| Weighted Average Loan Age (in Months) | 80.37418 | 80.81172 | 80.47232 | 80.29396 | 80.31783 |
| Average Ending Scheduled Principal Balance | $685,921.05 | $697,780.48 | $607,291.51 | $748,836.08 | $709,418.74 |
| Remaining Loan Count | 1494 | 45 | 559 | 571 | 319 |
| Ending Scheduled Principal Balance | $1,024,766,054.53 | $31,400,121.80 | $339,475,955.52 | $427,585,399.54 | $226,304,577.67 |

## Geographic Distribution

| | Total | | | Group 1 | | | Group 2 | |
|---|---|---|---|---|---|---|---|---|
| State | Percent | Ending Scheduled Principal Balance | State | Percent | Ending Scheduled Principal Balance | State | Percent | Ending Scheduled Principal Balance |
| CA | 73.26% | $750,737,484.64 | CA | 63.42% | $19,915,226.23 | CA | 72.13% | $244,861,776.96 |
| NY | 4.82% | $49,365,200.77 | IL | 16.03% | $5,033,456.91 | NY | 5.08% | $17,261,070.11 |
| FL | 3.64% | $37,304,918.56 | UT | 4.79% | $1,505,197.07 | IL | 3.65% | $12,383,611.27 |
| WA | 2.63% | $26,948,069.19 | PA | 3.17% | $995,601.61 | FL | 2.51% | $8,524,659.31 |
| IL | 2.18% | $22,330,402.23 | NY | 3.04% | $953,592.52 | NJ | 2.50% | $8,484,552.67 |
| OTHER | 13.47% | $138,079,979.14 | OTHER | 9.54% | $2,997,047.46 | OTHER | 14.13% | $47,960,285.20 |

| | Group 3 | | | Group 4 | |
|---|---|---|---|---|---|
| State | Percent | Ending Scheduled Principal Balance | State | Percent | Ending Scheduled Principal Balance |
| CA | 76.05% | $325,190,920.64 | CA | 71.04% | $160,769,560.81 |
| FL | 5.57% | $23,804,099.28 | NY | 7.88% | $17,831,842.56 |
| WA | 4.01% | $17,159,493.88 | AZ | 2.90% | $6,556,897.41 |
| NY | 3.11% | $13,318,695.58 | CT | 2.73% | $6,177,038.58 |
| AZ | 1.41% | $6,044,566.83 | CO | 2.21% | $5,007,830.44 |
| OTHER | 9.84% | $42,067,623.33 | OTHER | 13.24% | $29,961,410.57 |

## Prepayment Information (all groups)

|  | 1 Month | 3 Month | 6 Month | 12 Month | Cumulative |
|---|---|---|---|---|---|
| PSA | 168.32% | 219.28% | 241.51% | 292.18% | 278.72% |
| CPR | 10.10% | 13.16% | 14.49% | 17.53% | 13.77% |
| SMM | 0.88% | 1.17% | 1.30% | 1.59% | 1.23% |

## Trigger Events

|  | Trigger Flag |
|---|---|
| Groups I and II Optional Termination Date Has Occurred; 1=Yes, 0=No | 0 |
| Group III Optional Termination Date Has Occurred; 1=Yes, 0=No | 0 |
| Group IV Optional Termination Date Has Occurred; 1=Yes, 0=No | 0 |
| Groups I and II Senior Prepayment Step-Down Has Occurred; 1=Yes, 0=No | 0 |
| Group III Senior Prepayment Step-Down Has Occurred; 1=Yes, 0=No | 0 |
| Group IV Senior Prepayment Step-Down Has Occurred; 1=Yes, 0=No | 0 |
| Groups I and II Senior Credit Support Depletion Date Has Occurred; 1=Yes, 0=No | 1 |
| Group III Senior Credit Support Depletion Date Has Occurred; 1=Yes, 0=No | 1 |
| Group IV Senior Credit Support Depletion Date Has Occurred; 1=Yes, 0=No | 1 |

## Comments

1. The Class L-B Subordinate Certificates provide, the limited extent described in the Prospectus Supplement, credit support, to the Group 1 and Group 2 Certificates. The "Prospectus Supplement" is that certain Prospectus
2. The Group 3-B Subordinate Certificates provide, the limited extent described in the Prospectus Supplement, credit support, to certain Group 3 Senior Certificates. The "Prospectus Supplement" is that certain Prospectus
3. The Group 4-B Subordinate Certificates provide, the limited extent described in the Prospectus Supplement, credit support, to certain Group 4 Senior Certificates. The "Prospectus Supplement" is that certain Prospectus
4. The MBA method of delinquency calculation is used.
5. The Ending Scheduled Principal Balance of the collateral does not include forborne principal of $3,277,300.00 which has been established as a non-interest bearing receivable of the trust.

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

## Certificate Payment Summary Report

| Class | CUSIP | Original Principal/Notional Balance | Beginning Principal/Notional Balance | Interest Distribution | Principal Distribution | Principal Loss | Total Distribution | Adj to Principal Balance due to Subs Recov | Ending Principal/Notional Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1A1 | 93364FAA9 | $90,935,000.00 | $31,850,118.44 | $65,266.40 | $67,824.93 | $2,171.71 | $133,091.33 | $0.00 | $31,780,121.80 |
| 1A2 | 93364FAB7 | $5,293,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2A1 | 93364FAC5 | $655,523,000.00 | $265,730,715.83 | $500,880.19 | $1,557,927.55 | $2,603,004.50 | $2,058,807.74 | $14,158.32 | $261,679,627.92 |
| 2A2 | 93364FAD3 | $150,000,000.00 | $51,353,639.89 | $96,797.32 | $301,076.41 | $503,042.17 | $397,873.73 | $2,736.16 | $50,570,749.18 |
| 2A3 | 93364FAE1 | $50,000,000.00 | $29,720,774.22 | $56,021.17 | $174,247.12 | $291,134.24 | $230,268.29 | $1,583.54 | $29,267,678.43 |
| 2A4 | 93364FAF8 | $49,793,000.00 | $0.00 | $0.00 | $55,101.56 | $55,101.56 | $55,101.56 | $0.00 | $0.00 |
| 3A1 | 93364FAG6 | $793,429,000.00 | $322,837,916.24 | $1,185,967.38 | $3,138,047.54 | $10,998.05 | $4,324,014.92 | $2,766.10 | $319,691,636.75 |
| 3A2 | 93364FAH4 | $250,000,000.00 | $109,711,174.23 | $403,031.58 | $1,066,414.02 | $3,737.48 | $1,469,445.60 | $240.07 | $108,641,262.79 |
| 3A3 | 93364FAJ0 | $19,649,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3A4 | 93364FAK7 | $47,187,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4A1 | 93364FAL5 | $310,547,000.00 | $125,113,832.38 | $495,325.10 | $254,969.39 | $123,303.45 | $750,294.49 | $0.00 | $124,735,962.39 |
| 4A2 | 93364FAM3 | $263,000,000.00 | $101,984,329.33 | $403,755.50 | $208,378.59 | $100,508.63 | $612,134.09 | $0.00 | $101,676,315.28 |
| 4A3 | 93364FAN1 | $12,100,000.00 | $0.00 | $0.00 | $668.36 | $0.00 | $668.36 | $0.00 | $0.00 |
| LB1 | 93364FAP6 | $25,437,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB2 | 93364FAQ4 | $10,598,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB3 | 93364FAR2 | $7,419,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB4 | 93364FAZ4 | $6,359,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB5 | 93364FBA8 | $4,769,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB6 | 93364FBB6 | $3,710,281.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B1 | 93364FAS0 | $23,191,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B2 | 93364FAT8 | $9,856,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B3 | 93364FAU5 | $4,638,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B4 | 93364FBC4 | $5,218,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B5 | 93364FBD2 | $4,058,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B6 | 93364FBE0 | $2,319,790.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B1 | 93364FAV3 | $10,848,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B2 | 93364FAW1 | $4,259,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B3 | 93364FAX9 | $2,434,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B4 | 93364FBF7 | $2,434,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B5 | 93364FBG5 | $1,825,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B6 | 93364FBH3 | $1,217,428.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R | 93364FAY7 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R_SYN | XXXXXXXXX | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TFEE | XXXXXXXXX | $0.00 | $0.00 | $216.31 | $0.00 | $0.00 | $216.31 | $0.00 | $0.00 |
| **Total*** | | | $2,827,846,600.93 | $1,038,302,500.56 | $3,207,044.64 | $6,824,655.47 | $3,637,900.23 | $10,031,700.11 | $21,484.19 | $1,028,043,354.54 |

*Total balances exclude notional balances.

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

## Total Funds Available for Distribution

**PRINCIPAL**

| | |
|---|---:|
| Scheduled Principal Received or Advanced | $1,126,796.83 |
| Unscheduled Principal | ($531,270.10) |
| Prepayments in Full | $4,113,764.45 |
| Repurchases | $0.00 |
| Liquidations | $1,928,861.88 |
| Subsequent Recoveries | $21,484.19 |
| **Total Principal** | **$6,659,637.25** |

**INTEREST**

| | |
|---|---:|
| Accrued Interest at Gross Rate | $3,460,764.11 |
| Uncompensated Interest Shortfall | $0.00 |
| Servicing Fees | $348,552.92 |
| Other | $0.00 |
| **Total Interest** | **$3,112,211.19** |

**ADDITIONAL FUNDS / (EXPENSES)**

| | |
|---|---:|
| Excess Liquidation Proceeds | $0.00 |
| Prepayment Penalties | $0.00 |
| Interest Portion of Realized Loss | $0.00 |
| Advances Recovered | ($95,453.68) |
| Other Fees / (Expenses) | $355,305.36 |
| **Total Additional Funds / (Expenses)** | **$259,851.68** |
| **Total Funds Available for Distribution** | **$10,031,700.11** |
| Current Month Losses | **$3,620,992.97** |

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

## Certificate Payment Report - Principal

| Class | CUSIP | Beginning Principal/Notional Balance | Principal Distribution | Principal Reimbursed | Total Principal Distribution | Principal Portion of Realized Loss | Interest Portion of Realized Loss | Adj to Principal Balance due to Subs Recov | Ending Principal/Notional Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1A1 | 93364FAA9 | $31,850,118.44 | $67,824.93 | $0.00 | $67,824.93 | $2,171.71 | $0.00 | $0.00 | $31,780,121.80 |
| 1A2 | 93364FAB7 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2A1 | 93364FAC5 | $265,730,715.83 | $1,462,241.74 | $95,685.81 | $1,557,927.55 | $2,603,004.50 | $0.00 | $14,158.32 | $261,679,627.92 |
| 2A2 | 93364FAD3 | $51,353,639.89 | $282,584.70 | $18,491.71 | $301,076.41 | $503,042.17 | $0.00 | $2,736.16 | $50,570,749.18 |
| 2A3 | 93364FAE1 | $29,720,774.22 | $163,545.10 | $10,702.02 | $174,247.12 | $291,134.24 | $0.00 | $1,583.54 | $29,267,678.43 |
| 2A4 | 93364FAF8 | $0.00 | $0.00 | $55,101.56 | $55,101.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3A1 | 93364FAG6 | $322,837,916.24 | $3,138,047.54 | $0.00 | $3,138,047.54 | $10,998.05 | $0.00 | $2,766.10 | $319,691,636.75 |
| 3A2 | 93364FAH4 | $109,711,174.23 | $1,066,414.02 | $0.00 | $1,066,414.02 | $3,737.48 | $0.00 | $240.07 | $108,641,262.79 |
| 3A3 | 93364FAJ0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3A4 | 93364FAK7 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4A1 | 93364FAL5 | $125,113,832.38 | $254,566.55 | $402.84 | $254,969.39 | $123,303.45 | $0.00 | $0.00 | $124,735,962.39 |
| 4A2 | 93364FAM3 | $101,984,329.33 | $207,505.41 | $873.18 | $208,378.59 | $100,508.63 | $0.00 | $0.00 | $101,676,315.28 |
| 4A3 | 93364FAN1 | $0.00 | $0.00 | $668.36 | $668.36 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB1 | 93364FAP6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB2 | 93364FAQ4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB3 | 93364FAR2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB4 | 93364FAZ4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB5 | 93364FBA8 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB6 | 93364FBB6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B1 | 93364FAS0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B2 | 93364FAT8 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B3 | 93364FAU5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B4 | 93364FBC4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B5 | 93364FBD2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B6 | 93364FBE0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B1 | 93364FAV3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B2 | 93364FAW1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B3 | 93364FAX9 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B4 | 93364FBF7 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B5 | 93364FBG5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B6 | 93364FBH3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R | 93364FAY7 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R_SYN | XXXXXXXXX | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TFEE | XXXXXXXXX | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total * | | $1,038,302,500.56 | $6,642,729.99 | $181,925.48 | $6,824,655.47 | $3,637,900.23 | $0.00 | $21,484.19 | $1,028,043,354.54 |

*Total balances exclude notional balances.

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

## Certificate Payment Report - Interest

| Class | Beginning Principal/Notional Balance | Interest Rate Accrued | Interest Rate Paid | Interest Accrued | Uncompensated Interest Shortfall | Interest Portion of Realized Loss | Unscheduled Interest | Interest Reimbursed | Carry-forward Amount Paid | Excess Liquidation Proceeds | Residual Distribution Amount | Other Interest Shortfall | Total Interest Distributed | Total Carryforward Amount Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A1 | $31,850,118.44 | 2.45900732% | 2.45900732% | $65,266.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65,266.40 | $0.00 |
| 1A2 | $0.00 | 2.45900732% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2A1 | $265,730,715.83 | 2.26189968% | 2.26189968% | $500,880.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500,880.19 | $0.00 |
| 2A2 | $51,353,639.89 | 2.26189968% | 2.26189968% | $96,797.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $96,797.32 | $0.00 |
| 2A3 | $29,720,774.22 | 2.26189968% | 2.26189968% | $56,021.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,021.17 | $0.00 |
| 2A4 | $0.00 | 2.26189968% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3A1 | $322,837,916.24 | 4.40828288% | 4.40828288% | $1,185,967.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,185,967.38 | $0.00 |
| 3A2 | $109,711,174.23 | 4.40828288% | 4.40828288% | $403,031.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $403,031.58 | $0.00 |
| 3A3 | $0.00 | 4.40828288% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3A4 | $0.00 | 4.40828288% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4A1 | $125,113,832.38 | 4.75079463% | 4.75079463% | $495,325.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $495,325.10 | $0.00 |
| 4A2 | $101,984,329.33 | 4.75079463% | 4.75079463% | $403,755.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $403,755.50 | $0.00 |
| 4A3 | $0.00 | 4.75079463% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB1 | $0.00 | 0.00000000% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB2 | $0.00 | 0.00000000% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB3 | $0.00 | 0.00000000% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB4 | $0.00 | 0.00000000% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB5 | $0.00 | 0.00000000% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LB6 | $0.00 | 0.00000000% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B1 | $0.00 | 4.40828288% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B2 | $0.00 | 4.40828288% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B3 | $0.00 | 4.40828288% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B4 | $0.00 | 4.40828288% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B5 | $0.00 | 4.40828288% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B6 | $0.00 | 4.40828288% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B1 | $0.00 | 4.75079463% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B2 | $0.00 | 4.75079463% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B3 | $0.00 | 4.75079463% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B4 | $0.00 | 4.75079463% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B5 | $0.00 | 4.75079463% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4B6 | $0.00 | 4.75079463% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R | $0.00 | 0.00000000% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R_SYN | $0.00 | 0.00000000% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TFEE | $0.00 | 0.00000000% | 0.00000000% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $216.31 | $0.00 | $0.00 |
| Total * | $1,038,302,500.56 | | | $3,207,044.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,207,044.64 | $0.00 |

*Total balances exclude notional balances.

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

## Principal Factors Report

| Class | CUSIP | Beginning Principal/Notional Balance | Principal Distribution | Principal Reimbursed | Total Principal Distribution | Principal Portion of Realized Loss | Interest Portion of Realized Loss | Adj to Principal Balance due to Subs Recov | Ending Principal/Notional Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1A1 | 93364FAA9 | 350.25148117 | 0.74586166 | 0.00000000 | 0.74586166 | 0.02388200 | 0.00000000 | 0.00000000 | 349.48173750 |
| 1A2 | 93364FAB7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2A1 | 93364FAC5 | 405.37207059 | 2.23064903 | 0.14596865 | 2.37661768 | 3.97088203 | 0.00000000 | 0.02159851 | 399.19213806 |
| 2A2 | 93364FAD3 | 342.35759927 | 1.88389800 | 0.12327807 | 2.00717607 | 3.35361447 | 0.00000000 | 0.01824107 | 337.13832787 |
| 2A3 | 93364FAE1 | 594.41548440 | 3.27090200 | 0.21404040 | 3.48494240 | 5.82268480 | 0.00000000 | 0.03167080 | 585.35356860 |
| 2A4 | 93364FAF8 | 0.00000000 | 0.00000000 | 1.10661258 | 1.10661258 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3A1 | 93364FAG6 | 406.88948380 | 3.95504518 | 0.00000000 | 3.95504518 | 0.01386142 | 0.00000000 | 0.00348626 | 402.92406346 |
| 3A2 | 93364FAH4 | 438.84469692 | 4.26565608 | 0.00000000 | 4.26565608 | 0.01494992 | 0.00000000 | 0.00096028 | 434.56505116 |
| 3A3 | 93364FAJ0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3A4 | 93364FAK7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4A1 | 93364FAL5 | 402.88211569 | 0.81973599 | 0.00129719 | 0.82103318 | 0.39705246 | 0.00000000 | 0.00000000 | 401.66532728 |
| 4A2 | 93364FAM3 | 387.77311532 | 0.78899395 | 0.00332008 | 0.79231403 | 0.38216209 | 0.00000000 | 0.00000000 | 386.60195924 |
| 4A3 | 93364FAN1 | 0.00000000 | 0.00000000 | 0.05523636 | 0.05523636 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB1 | 93364FAP6 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB2 | 93364FAQ4 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB3 | 93364FAR2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB4 | 93364FAZ4 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB5 | 93364FBA8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB6 | 93364FBB6 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B1 | 93364FAS0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B2 | 93364FAT8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B3 | 93364FAU5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B4 | 93364FBC4 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B5 | 93364FBD2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B6 | 93364FBE0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B1 | 93364FAV3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B2 | 93364FAW1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B3 | 93364FAX9 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B4 | 93364FBF7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B5 | 93364FBG5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B6 | 93364FBH3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R | 93364FAY7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R_SYN | XXXXXXXXX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TFEE | XXXXXXXXX | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

## Interest Factors Report

| Class | Beginning Principal/Notional Balance | Interest Rate Accrued | Interest Rate Paid | Interest Accrued | Uncompensated Interest Shortfall | Interest Portion of Realized Loss | Unscheduled Interest | Interest Reimbursed | Carry-forward Amount Paid | Excess Liquidation Proceeds | Residual Distribution Amount | Other Interest Shortfall | Total Interest Distributed | Total Carryforward Amount Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A1 | 350.25148117 | 0.02459007 | 0.02459007 | 0.71772585 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.71772585 | 0.00000000 |
| 1A2 | 0.00000000 | 0.02459007 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 2A1 | 405.37207059 | 0.02261900 | 0.02261900 | 0.76409247 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.76409247 | 0.00000000 |
| 2A2 | 342.35759927 | 0.02261900 | 0.02261900 | 0.64531547 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.64531547 | 0.00000000 |
| 2A3 | 594.41548440 | 0.02261900 | 0.02261900 | 1.12042340 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 1.12042340 | 0.00000000 |
| 2A4 | 0.00000000 | 0.02261900 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3A1 | 406.88948380 | 0.04408283 | 0.04408283 | 1.49473662 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 1.49473662 | 0.00000000 |
| 3A2 | 438.84469692 | 0.04408283 | 0.04408283 | 1.61212632 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 1.61212632 | 0.00000000 |
| 3A3 | 0.00000000 | 0.04408283 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3A4 | 0.00000000 | 0.04408283 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4A1 | 402.88211569 | 0.04750795 | 0.04750795 | 1.59500849 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 1.59500849 | 0.00000000 |
| 4A2 | 387.77311532 | 0.04750795 | 0.04750795 | 1.53519202 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 1.53519202 | 0.00000000 |
| 4A3 | 0.00000000 | 0.04750795 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB4 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| LB6 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B1 | 0.00000000 | 0.04408283 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B2 | 0.00000000 | 0.04408283 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B3 | 0.00000000 | 0.04408283 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B4 | 0.00000000 | 0.04408283 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B5 | 0.00000000 | 0.04408283 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 3B6 | 0.00000000 | 0.04408283 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B1 | 0.00000000 | 0.04750795 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B2 | 0.00000000 | 0.04750795 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B3 | 0.00000000 | 0.04750795 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B4 | 0.00000000 | 0.04750795 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B5 | 0.00000000 | 0.04750795 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| 4B6 | 0.00000000 | 0.04750795 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R_SYN | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| TFEE | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

| Collateral Report- Group 1 | Total |
|---|---:|
| **LOAN COUNT** | |
| Original Loan Count | 132 |
| Beginning Loan Count | 45 |
| Loans Added | 0 |
| Loans Paid-in-full | 0 |
| Loans Prepaid-in-full | 0 |
| Loans Liquidated-in-full | 0 |
| Loans Repurchased | 0 |
| Ending Loan Count | 45 |
| | |
| **PRINCIPAL BALANCE** | |
| Original Scheduled Principal Balance | $101,829,605.32 |
| Beginning Scheduled Principal Balance | $31,470,118.44 |
| Scheduled Principal Received or Advanced | $69,996.64 |
| Unscheduled Principal | $0.00 |
| Prepayments-in-full | $0.00 |
| Liquidations-in-full | $0.00 |
| Repurchases | $0.00 |
| Principal Losses | $0.00 |
| Forborne Principal Recognized as Loss | $0.00 |
| Ending Scheduled Principal Balance | $31,400,121.80 |
| | |
| **INTEREST** | |
| Accrued Interest at Gross Rate | $70,797.55 |
| Unscheduled Interest | $0.00 |
| Uncollected Interest | $0.00 |
| Uncompensated Interest Shortfall | $0.00 |
| Other Interest Shortfall | $0.00 |
| | |
| **FEES** | |
| Servicing Fees | $9,330.21 |
| Other Fees | $0.00 |
| | |
| **ADDITIONAL FUNDS / (EXPENSES)** | |
| Excess Liquidation Proceeds | $0.00 |
| Subsequent Recoveries | $0.00 |
| Prepayment Penalties | $0.00 |
| Interest Portion of Realized Loss | $0.00 |
| Advances Recovered | $0.00 |
| Other Fees / (Expenses) | $1,627.35 |

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

| Collateral Report- Group 2 | Total |
|---|---:|
| **LOAN COUNT** | |
| Original Loan Count | 1,300 |
| Beginning Loan Count | 563 |
| Loans Added | 0 |
| Loans Paid-in-full | 0 |
| Loans Prepaid-in-full | 1 |
| Loans Liquidated-in-full | 3 |
| Loans Repurchased | 0 |
| Ending Loan Count | 559 |
| | |
| **PRINCIPAL BALANCE** | |
| Original Scheduled Principal Balance | $958,006,776.22 |
| Beginning Scheduled Principal Balance | $344,763,029.94 |
| Scheduled Principal Received or Advanced | $688,794.00 |
| Unscheduled Principal | ($250,161.39) |
| Prepayments-in-full | $576,399.03 |
| Liquidations-in-full | $874,861.88 |
| Repurchases | $0.00 |
| Principal Losses | $2,776,002.30 |
| Forborne Principal Recognized as Loss | $621,178.60 |
| Ending Scheduled Principal Balance | $339,475,955.52 |
| | |
| **INTEREST** | |
| Accrued Interest at Gross Rate | $793,054.96 |
| Unscheduled Interest | $0.00 |
| Uncollected Interest | $0.00 |
| Uncompensated Interest Shortfall | $0.00 |
| Other Interest Shortfall | $0.00 |
| | |
| **FEES** | |
| Servicing Fees | $161,225.61 |
| Other Fees | $0.00 |
| | |
| **ADDITIONAL FUNDS / (EXPENSES)** | |
| Excess Liquidation Proceeds | $0.00 |
| Subsequent Recoveries | $18,478.02 |
| Prepayment Penalties | $0.00 |
| Interest Portion of Realized Loss | $0.00 |
| Advances Recovered | ($85,596.81) |
| Other Fees / (Expenses) | $287,447.24 |

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

| Collateral Report- Group 3 | Total |
|---|---:|
| **LOAN COUNT** | |
| Original Loan Count | 1,366 |
| Beginning Loan Count | 576 |
| Loans Added | 0 |
| Loans Paid-in-full | 0 |
| Loans Prepaid-in-full | 4 |
| Loans Liquidated-in-full | 1 |
| Loans Repurchased | 0 |
| Ending Loan Count | 571 |
| | |
| **PRINCIPAL BALANCE** | |
| Original Scheduled Principal Balance | $1,159,545,790.94 |
| Beginning Scheduled Principal Balance | $431,801,590.47 |
| Scheduled Principal Received or Advanced | $262,596.01 |
| Unscheduled Principal | ($72,770.49) |
| Prepayments-in-full | $2,972,365.42 |
| Liquidations-in-full | $1,054,000.00 |
| Repurchases | $0.00 |
| Principal Losses | $0.00 |
| Forborne Principal Recognized as Loss | $0.00 |
| Ending Scheduled Principal Balance | $427,585,399.54 |
| | |
| **INTEREST** | |
| Accrued Interest at Gross Rate | $1,664,398.54 |
| Unscheduled Interest | $0.00 |
| Uncollected Interest | ($4,108.88) |
| Uncompensated Interest Shortfall | $0.00 |
| Other Interest Shortfall | $0.00 |
| | |
| **FEES** | |
| Servicing Fees | $131,437.13 |
| Other Fees | $0.00 |
| | |
| **ADDITIONAL FUNDS / (EXPENSES)** | |
| Excess Liquidation Proceeds | $0.00 |
| Subsequent Recoveries | $3,006.17 |
| Prepayment Penalties | $0.00 |
| Interest Portion of Realized Loss | $0.00 |
| Advances Recovered | ($9,856.87) |
| Other Fees / (Expenses) | $51,158.87 |

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

| Collateral Report- Group 4 | Total |
|---|---|
| **LOAN COUNT** | |
| Original Loan Count | 726 |
| Beginning Loan Count | 320 |
| Loans Added | 0 |
| Loans Paid-in-full | 0 |
| Loans Prepaid-in-full | 1 |
| Loans Liquidated-in-full | 0 |
| Loans Repurchased | 0 |
| Ending Loan Count | 319 |
| | |
| **PRINCIPAL BALANCE** | |
| Original Scheduled Principal Balance | $608,464,428.45 |
| Beginning Scheduled Principal Balance | $226,990,461.71 |
| Scheduled Principal Received or Advanced | $105,410.18 |
| Unscheduled Principal | ($208,338.22) |
| Prepayments-in-full | $565,000.00 |
| Liquidations-in-full | $0.00 |
| Repurchases | $0.00 |
| Principal Losses | $0.00 |
| Forborne Principal Recognized as Loss | $223,812.07 |
| Ending Scheduled Principal Balance | $226,304,577.67 |
| | |
| **INTEREST** | |
| Accrued Interest at Gross Rate | $932,513.06 |
| Unscheduled Interest | $0.00 |
| Uncollected Interest | ($282.50) |
| Uncompensated Interest Shortfall | $0.00 |
| Other Interest Shortfall | $0.00 |
| | |
| **FEES** | |
| Servicing Fees | $46,559.97 |
| Other Fees | $0.00 |
| | |
| **ADDITIONAL FUNDS / (EXPENSES)** | |
| Excess Liquidation Proceeds | $0.00 |
| Subsequent Recoveries | $0.00 |
| Prepayment Penalties | $0.00 |
| Interest Portion of Realized Loss | $0.00 |
| Advances Recovered | $0.00 |
| Other Fees / (Expenses) | $15,071.90 |

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

| Collateral Report- All Groups | Total |
|---|---|
| **LOAN COUNT** | |
| Original Loan Count | 3,525 |
| Beginning Loan Count | 1,504 |
| Loans Added | 0 |
| Loans Paid-in-full | 0 |
| Loans Prepaid-in-full | 6 |
| Loans Liquidated-in-full | 4 |
| Loans Repurchased | 0 |
| Ending Loan Count | 1,494 |
| | |
| **PRINCIPAL BALANCE** | |
| Original Scheduled Principal Balance | $2,827,846,600.93 |
| Beginning Scheduled Principal Balance | $1,035,025,200.56 |
| Scheduled Principal Received or Advanced | $1,126,796.83 |
| Unscheduled Principal | ($531,270.10) |
| Prepayments-in-full | $4,113,764.45 |
| Liquidations-in-full | $1,928,861.88 |
| Repurchases | $0.00 |
| Principal Losses | $2,776,002.30 |
| Forborne Principal Recognized as Loss | $844,990.67 |
| Ending Scheduled Principal Balance | $1,024,766,054.53 |
| | |
| **INTEREST** | |
| Accrued Interest at Gross Rate | $3,460,764.11 |
| Unscheduled Interest | $0.00 |
| Uncollected Interest | ($4,391.38) |
| Uncompensated Interest Shortfall | $0.00 |
| Other Interest Shortfall | $0.00 |
| | |
| **FEES** | |
| Servicing Fees | $348,552.92 |
| Other Fees | $0.00 |
| | |
| **ADDITIONAL FUNDS / (EXPENSES)** | |
| Excess Liquidation Proceeds | $0.00 |
| Subsequent Recoveries | $21,484.19 |
| Prepayment Penalties | $0.00 |
| Interest Portion of Realized Loss | $0.00 |
| Advances Recovered | ($95,453.68) |
| Other Fees / (Expenses) | $355,305.36 |

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

## Delinquency Information by Group*

| Group ID | 1 Month Count | Scheduled Ending Balance | 2 Months Count | Scheduled Ending Balance | 3 Months Count | Scheduled Ending Balance | 4+ Months Count | Scheduled Ending Balance |
|---|---|---|---|---|---|---|---|---|
| Group 1 | 0 | $0.00 | 0 | $0.00 | 1 | $525,071.74 | 3 | $1,754,282.99 |
| Group 2 | 21 | $14,100,670.41 | 13 | $9,977,511.79 | 4 | $1,745,187.02 | 24 | $20,857,615.29 |
| Group 3 | 17 | $12,394,974.67 | 3 | $2,862,281.58 | 2 | $1,334,849.21 | 28 | $23,694,749.62 |
| Group 4 | 10 | $6,338,013.73 | 6 | $5,164,934.09 | 1 | $1,030,961.48 | 14 | $10,294,006.79 |
| Aggregate | 48 | $32,833,658.81 | 22 | $18,004,727.46 | 8 | $4,636,069.45 | 69 | $56,600,654.69 |

* Does not include mortgage loans in foreclosure or REO.

## Foreclosure, REO, and Bankruptcy by Group**

| Group ID | Foreclosure Count | Scheduled Ending Balance | REO Count | Scheduled Ending Balance | Bankruptcy Count | Scheduled Ending Balance |
|---|---|---|---|---|---|---|
| Group 1 | 5 | $3,285,008.12 | 1 | $908,632.43 | 1 | $545,179.16 |
| Group 2 | 35 | $26,779,723.92 | 6 | $2,983,194.90 | 4 | $3,244,848.48 |
| Group 3 | 29 | $28,377,865.89 | 4 | $2,757,644.36 | 12 | $9,871,791.73 |
| Group 4 | 16 | $14,911,915.41 | 1 | $536,000.00 | 2 | $2,659,665.74 |
| Aggregate | 85 | $73,354,513.34 | 12 | $7,185,471.69 | 19 | $16,321,485.11 |

** Loans in Bankruptcy will also be reflected under their applicable delinquency or foreclosure status.

## Aggregate Loss Amount by Group

| Group ID | Count | Beginning Aggregate Loss Amount | Current Month Loss | Interest Portion of Realized Loss | Advances Recovered | Subsequent (Recovery) | Total Losses for Month | Ending Aggregate Loss Amount |
|---|---|---|---|---|---|---|---|---|
| Group 1 | 22 | $10,173,545.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,173,545.26 |
| Group 2 | 369 | $153,373,742.91 | $3,397,180.90 | $0.00 | $85,596.81 | ($18,478.02) | $3,464,299.69 | $156,838,042.60 |
| Group 3 | 273 | $139,336,193.24 | $0.00 | $0.00 | $9,856.87 | ($3,006.17) | $6,850.70 | $139,343,043.94 |
| Group 4 | 95 | $41,879,829.91 | $223,812.07 | $0.00 | $0.00 | $0.00 | $223,812.07 | $42,103,641.98 |
| Aggregate | 759 | $344,763,311.32 | $3,620,992.97 | $0.00 | $95,453.68 | ($21,484.19) | $3,694,962.46 | $348,458,273.78 |

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

### Servicer Advances by Group

| Group | Count | Total |
|---|---|---|
| Group 1 | 37 | $1,099,948.33 |
| Group 2 | 505 | $11,621,452.17 |
| Group 3 | 518 | $10,311,685.50 |
| Group 4 | 284 | $5,413,046.65 |
| Aggregate | 1,344 | $28,446,132.65 |

### Delinquency Roll Rates-Aggregate***

| Current Value | Current | | 1 Month | | 2 Months | | 3 Months | |
|---|---|---|---|---|---|---|---|---|
| Prior Value | Count | Balance | Count | Balance | Count | Balance | Count | Balance |
| Current | 1,229 | $819,346,810.58 | 19 | $12,808,034.14 | 0 | $0.00 | 0 | $0.00 |
| Delq 1 Month | 11 | $8,139,880.65 | 22 | $14,469,589.85 | 7 | $5,858,866.12 | 0 | $0.00 |
| Delq 2 Month | 2 | $1,210,948.56 | 7 | $5,556,034.82 | 14 | $11,662,739.25 | 7 | $3,908,705.08 |
| Delq 3 Month | 0 | $0.00 | 0 | $0.00 | 1 | $483,122.09 | 1 | $727,364.37 |
| Delq 4 Month | 3 | $1,502,153.97 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| Foreclosure | 5 | $1,951,165.29 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| REO | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |

| Current Value | 4+ Months | | Foreclosure | | REO | |
|---|---|---|---|---|---|---|
| Prior Value | Count | Balance | Count | Balance | Count | Balance |
| Current | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| Delq 1 Month | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| Delq 2 Month | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| Delq 3 Month | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| Delq 4 Month | 7 | $7,206,269.31 | 0 | $0.00 | 0 | $0.00 |
| Foreclosure | 59 | $47,789,165.79 | 1 | $924,658.58 | 0 | $0.00 |
| REO | 3 | $1,605,219.59 | 84 | $72,429,854.76 | 1 | $82,644.36 |
| | 0 | $0.00 | 0 | $0.00 | 11 | $7,102,827.33 |

*** To use this chart, locate along the Current Value row the desired delinquency status as of the immediately preceding due date (e.g. Current, 1 Month delinquent, etc.). Use the left hand column labeled Prior Value to see the prior month's value. Follow the selected Current Value column to the desired Prior Value row.

**WMMSC**
**Series: WAMU 2007-HY7**
Issue Date: 06/25/2007
Record Date: 01/31/2014
Distribution Date: 02/25/2014

## Credit Enhancement

| Type | Original Balance | Beginning Balance | Reduction | Increase | Ending Balance |
|---|---|---|---|---|---|
| Over Collateralization | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Reserve Account | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Insurance

| Insurance Type | Original Balance | Claims Paid | Coverage Remaining |
|---|---|---|---|
| Pool Insurance | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |

## Subordinate Class Certificate Balances

The Class Principal Balances of each Class of the Class 3B1,3B2,3B3,3B4,3B5,3B6 Certificates immediately after the principal distribution on **02/25/2014** are as follows:

| Class | Ending Principal Balance | Percentage of Aggregate Certificate Principal Balance on Closing Date | Percentage of Aggregate Certificate Ending Principal Balance |
|---|---|---|---|
| 3B1 | $0.00 | 0.82% | 0.00% |
| 3B2 | $0.00 | 0.35% | 0.00% |
| 3B3 | $0.00 | 0.16% | 0.00% |
| 3B4 | $0.00 | 0.18% | 0.00% |
| 3B5 | $0.00 | 0.14% | 0.00% |
| 3B6 | $0.00 | 0.08% | 0.00% |
| Total | $0.00 | 1.74% | 0.00% |

## Subordinate Class Certificate Balances

The Class Principal Balances of each Class of the Class LB1,LB2,LB3,LB4,LB5,LB6 Certificates immediately after the principal and interest distribution on 02/25/2014 are as follows:

| Class | Ending Principal Balance | Percentage of Aggregate Certificate Principal Balance on Closing Date | Percentage of Aggregate Certificate Ending Principal Balance |
|---|---|---|---|
| LB1 | $0.00 | 0.90% | 0.00% |
| LB2 | $0.00 | 0.37% | 0.00% |
| LB3 | $0.00 | 0.26% | 0.00% |
| LB4 | $0.00 | 0.22% | 0.00% |
| LB5 | $0.00 | 0.17% | 0.00% |
| LB6 | $0.00 | 0.13% | 0.00% |
| Total | $0.00 | 2.06% | 0.00% |

## Subordinate Class Certificate Balances

The Class Principal Balances of each Class of the Class 4B1,4B2,4B3,4B4,4B5,4B6 Certificates immediately after the principal and interest distribution on 02/25/2014 are as follows:

| Class | Ending Principal Balance | Percentage of Aggregate Certificate Principal Balance on Closing Date | Percentage of Aggregate Certificate Ending Principal Balance |
|---|---|---|---|
| 4B1 | $0.00 | 0.38% | 0.00% |
| 4B2 | $0.00 | 0.15% | 0.00% |
| 4B3 | $0.00 | 0.09% | 0.00% |
| 4B4 | $0.00 | 0.09% | 0.00% |
| 4B5 | $0.00 | 0.06% | 0.00% |
| 4B6 | $0.00 | 0.04% | 0.00% |
| Total | $0.00 | 0.81% | 0.00% |