UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

PACIFIC LIFE INSURANCE COMPANY; PACIFIC LIFE & ANNUITY COMPANY,

                Plaintiffs,

   -against-

U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, NA,

                Defendants.

------------------------------------------------------------------x

Index No. 16-cv-00555 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/18

### NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Vincenzo A. Novelli, a former associate with the law firm of Wollmuth Maher & Deutsch LLP, attorneys for Plaintiffs in the above-captioned action, hereby withdraw as an attorney of record, as I have left Wollmuth Maher & Deutsch LLP. Wollmuth Maher & Deutsch LLP will continue to serve as counsel of record to Plaintiffs in the above-captioned action. I hereby request that my name and email address be removed from the case's official docket.

Dated: New York, New York  
       September 13, 2018

Respectfully submitted,

By:   */s/ Vincenzo A. Novelli*  
      Vincenzo A. Novelli

**IT IS SO ORDERED.**

Date: September 18, 2018

_____
Paul G. Gardephe
U.S.D.J.