# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO  44114.1190

TELEPHONE: +1.216.586.3939 • FACSIMILE: +1.216.579.0212

Direct Number:  (216) 586-1344
dfadler@JonesDay.com

November 28, 2018

**_VIA ECF AND FAX_**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2204
New York, NY 10007

Re:  Pacific Life Insurance Co., et al. v. U.S. Bank Nat'l Ass'n, et al., No. 16-cv-00555-PGG

Dear Judge Gardephe:

We represent U.S. Bank National Association.  We write to join Defendant Bank of America, N.A. in submitting as supplemental authority the decisions in *Blackrock Balanced Capital Portfolio (FI) v. U.S. Bank Nat'l Ass'n*, 165 A.D.3d 526 (1st Dep't 2018), *Triaxx Prime CDO 2006-1 Ltd. v. U.S. Bank Nat'l Ass'n*, 2018 WL 6016547 (2d Cir. Nov. 16, 2018), and *American Fidelity Assurance Co. v. Bank of New York Mellon*, No. 11-cv-1284-D (W.D. Okla. Oct. 31, 2018).  These decisions support U.S. Bank's Motion to Dismiss Plaintiffs' Amended Complaint for the reasons stated in Bank of America's letter submitted to the Court yesterday. *See* ECF No. 146.

Respectfully submitted,

/s/ David F. Adler
David F. Adler
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Phone: (216) 586-3939
Fax: (216) 579-0212
dfadler@jonesday.com

*Counsel for Defendant U.S. Bank National Association*

cc:  Counsel of Record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON