UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY and PACIFIC LIFE & ANNUITY COMPANY,<br><br>       Plaintiffs,<br><br>- against –<br><br>U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A.,<br><br>       Defendants. | CASE NO. 16-cv-00555 (PGG)<br><br>**Hon. Paul G. Gardephe**<br><br>ECF Case |

### NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

  PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern District of New York, I, Mark C. Brown, an associate with the law firm of Sidley Austin LLP, counsel for defendant Bank of America, N.A. in the above-captioned action, hereby withdraws as an attorney of record, as I am leaving the firm Sidley Austin LLP.  Sidley Austin LLP will continue to serve as counsel of record to Bank of America, N.A. in the above-captioned action.  I hereby request that my name and email address be removed from the case's official docket.

Dated:  January 10, 2019        Respectfully Submitted,

              By: /s/ *Mark C. Brown*
                 Mark C. Brown

**IT IS SO ORDERED**

Date:   January ___, 2019                        _____
                                                  Hon. Paul G. Gardephe

## CERTIFICATE OF SERVICE

  I, Mark C. Brown, certify that on January 10, 2019, I electronically caused the Notice of Motion and Motion for Withdrawal of Appearance to be filed with the Clerk of Court using the CM/ECF system and to be served, via the Court's CM/ECF system, on counsel of record.

Dated:  January 10, 2019             /s/ *Mark C. Brown*
                          Mark C. Brown