May 21, 2018

**MEMO ENDORSED**

*The application for oral argument is denied. The clerk is directed to terminate the motion (Dkt. No. 131).*

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.

Dated: March 31, 2019

**VIA ECF AND HAND DELIVERY**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2204
New York, NY 10007

Re: Pacific Life Insurance Company, et al. v. U.S. Bank National Association, et al., Case No. 16-cv-00555-PGG—Request for Oral Argument

Dear Judge Gardephe:

We are counsel for Defendants U.S. Bank National Association and Bank of America, N.A. ("BANA") in the above-referenced action. Today, each of U.S. Bank and BANA is filing its respective papers in support of its Motion to Dismiss Plaintiffs' Amended Complaint. Pursuant to Rule IV.D. of Your Honor's Individual Rules of Practices in Civil Cases, we respectfully request oral argument in connection with the Motions to Dismiss.

Respectfully submitted,

/s/ James C. Rutten
MUNGER, TOLLES & OLSON LLP
James C. Rutten
Jacob S. Kreilkamp
Wesley T.L. Burrell
Matthew K. Donohue
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
(213) 683-9100; (213) 687-3702 (fax)
james.rutten@mto.com
jacob.kreilkamp@mto.com
wesley.burrell@mto.com
matthew.donohue@mto.com


SIDLEY AUSTIN LLP
David F. Graham
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000; (312) 853-7036 (fax)
dgraham@sidley.com

/s/ David F. Adler
JONES DAY
David F. Adler (admitted *pro hac vice*)
Louis A. Chaiten (admitted *pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939; (216) 579-0212 (fax)
dfadler@jonesday.com
lachaiten@jonesday.com

Michael T. Marcucci (admitted *pro hac vice*)
100 High Street, 21st Floor
Boston, Massachusetts 02110-1781
(617) 960-3939; (617) 449-6999 (fax)
mmarcucci@jonesday.com

Albert J. Rota
2727 N. Harwood Street, Suite 500
Dallas, Texas 75201-1515
(214) 220-3939; (214) 969-5100 (fax)
ajrota@jonesday.com

SIDLEY AUSTIN LLP  
Isaac S. Greaney  
Daniel Gimmel  
787 Seventh Avenue  
New York, New York 10019  
(212) 839-5300; (212) 853-5599 (fax)  
igreaney@sidley.com  
dgimmel@sidley.com  

*Attorneys for Defendant Bank of America, N.A.*

Andrew S. Kleinfeld  
250 Vesey Street  
New York, New York 10281-1047  
(212) 326-3939; (212) 755-7306 (fax)  
askleinfeld@jonesday.com  

*Attorneys for Defendant U.S. Bank National Association*

cc:    All counsel of record (by ECF)