UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY and PACIFIC LIFE & ANNUITY COMPANY,<br><br>Plaintiffs,<br><br>- against –<br><br>U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A.,<br><br>Defendants. | CASE NO. 16-cv-00555 (PGG)<br><br>Hon. Paul G. Gardephe<br><br>ECF Case |

**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern District of New York, I, Mark C. Brown, an associate with the law firm of Sidley Austin LLP, counsel for defendant Bank of America, N.A. in the above-captioned action, hereby withdraws as an attorney of record, as I am leaving the firm Sidley Austin LLP. Sidley Austin LLP will continue to serve as counsel of record to Bank of America, N.A. in the above-captioned action. I hereby request that my name and email address be removed from the case's official docket.

Dated: January 10, 2019

Respectfully Submitted,

By:  /s/ *Mark C. Brown*
Mark C. Brown

SO ORDERED:

_Paul A. Gardephe_
Paul G. Gardephe, U.S.D.J.
April 4, 2019