UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY and PACIFIC LIFE & ANNUITY COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A.,<br><br>        Defendants. | Index No. 16-cv-00555 (PGG)<br><br>NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE |

      PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Michael Collyard, a partner with the law firm Robins Kaplan LLP and counsel for Defendant U.S. Bank National Association in the above-entitled action, hereby move to have Martin Lueck withdrawn as an attorney of record for U.S. Bank National Association and to have his name be removed from the case's official docket, as Mr. Lueck has since left Robins Kaplan LLP.

      Robins Kaplan LLP is not asserting any retaining or charging lien in connection with this action. Robins Kaplan LLP will continue to serve as counsel of record to Defendant in the above-referenced matter.

Dated: March 30, 2019

                                              Respectfully Submitted,

                                              By: */s/ Michael Collyard*

                                              Michael Collyard
                                              800 La Salle Avenue, Suite 2800
                                              Minneapolis, MN 55402
                                              Phone: (612) 349-8500
                                              Fax: (612) 339-4181
                                              mcollyard@robinskaplan.com

**IT IS SO ORDERED.**

Dated:

                                      JUDGE PAUL G. GARDEPHE
                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Michael Collyard, hereby certify that on March 30, 2019, I caused the Notice of Motion and Motion for Withdrawal of Appearance to be filed with the Clerk of Court using the CM/ECF system and to be served, via the Court's CM/ECF system, on counsel of record.

Dated: March 30, 2019                    */s/ Michael Collyard*
                                          Michael Collyard