**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY and PACIFIC LIFE & ANNUITY COMPANY,<br><br>                              Plaintiffs,<br><br>    - against -<br><br>U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A.,<br><br>                              Defendants. | Case No. 1:16-cv-00555-PGG<br><br>ECF Case |

### SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF BANK OF AMERICA, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, Defendant Bank of America, N.A. ("BANA") by and through its undersigned counsel, hereby certifies that:

1. This Supplemental Corporate Disclosure Statement supplements the Corporate Disclosure Statement filed by Bank of America, N.A., on August 24, 2015.
2. BANA is wholly owned by BANA Holding Corporation ("BANA Holding").
3. BANA Holding is a direct, wholly owned subsidiary of BAC North America Holding Company ("BACNAH").
4. BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings").
5. NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation.
6. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation.
7. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

| | |
|---|---|
| Dated: August 14, 2019 | By: _/s/ Matthew K. Donohue_ |

        MUNGER, TOLLES & OLSON LLP
        James C. Rutten
        Jacob S. Kreilkamp
        Wesley T.L. Burrell
        Adam P. Barry
        Matthew K. Donohue
        350 South Grand Avenue, 50th Floor
        Los Angeles, California  90071-3426
        (213) 683-9100; (213) 687-3702 (fax)
        james.rutten@mto.com
        jacob.kreilkamp@mto.com
        wesley.burrell@mto.com
        adam.barry@mto.com
        matthew.donohue@mto.com

        SIDLEY AUSTIN LLP
        David F. Graham
        One South Dearborn Street
        Chicago, Illinois  60603
        (312) 853-7000; (312) 853-7036 (fax)
        dgraham@sidley.com

        SIDLEY AUSTIN LLP
        Isaac S. Greaney
        Daniel Gimmel
        Jon W. Muenz
        787 Seventh Avenue
        New York, New York  10019
        (212) 839-5300; (212) 853-5599 (fax)
        igreaney@sidley.com
        dgimmel@sidley.com
        jmuenz@sidley.com

        *Attorneys for Defendant Bank of America, N.A.*