UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

PACIFIC LIFE INSURANCE COMPANY, and
PACIFIC LIFE & ANNUITY COMPANY,

Index No. 16-cv-00555 (PGG)

Plaintiffs,

-against-

U.S. BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, NA,

Defendants.

-------------------------------------------------- x

**Order Granting Motion for Withdrawal of Appearance**

**IT IS HEREBY ORDERED** that the Motion for Withdrawal of Appearance of Jennifer M. Thomas as counsel of record filed by Plaintiffs Pacific Life Insurance Company and Pacific Life & Annuity Company in the above-captioned case is hereby GRANTED, and Jennifer M. Thomas is withdrawn as counsel of record for Plaintiffs Pacific Life Insurance Company and Pacific Life & Annuity Company.

Dated: August 9, 2021

_____
Paul G. Gardephe
United States District Judge