UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PACIFIC LIFE INSURANCE COMPANY
and PACIFIC LIFE & ANNUITY
COMPANY,

                    Plaintiffs,

         - against -

US BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, N.A.,

                    Defendants.

**ORDER**

16 Civ. 555 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there shall be a conference in this matter on **Thursday, October 27, 2022 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  By October 26, 2022, the parties will submit a joint case management plan and scheduling order – a model is available on the Court's website.

Dated: New York, New York
       October 21, 2022

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge