**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY and PACIFIC LIFE & ANNUITY COMPANY,<br><br>     Plaintiffs,<br><br>   - against -<br><br>U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A.,<br><br>     Defendants. | Case No. 1:16-cv-00555-PGG |

**ORDER**

HON. PAUL G. GARDEPHE:

  IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file their Second Amended Complaint removing allegations against Defendant Bank of America, N.A. ("BANA") within the later of five (5) business days of the Court's so ordering the stipulation of dismissal as to BANA, or two (2) business days of the entry of this Order.

DATED: <u>April 18, 2023</u>

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge