UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PACIFIC LIFE INSURANCE COMPANY
and PACIFIC LIFE & ANNUITY
COMPANY,

                Plaintiffs,

        - against -

US BANK NATIONAL ASSOCIATION,

                Defendants.

**ORDER**

16 Civ. 555 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that there shall be a conference in this matter on **Thursday, May 2, 2024, at 10:15 a.m.** by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

One week prior to the conference, the parties will submit a joint letter to the Court explaining what discovery has been accomplished since the last conference.

Dated: New York, New York
       January 25, 2024      SO ORDERED.

   _____
   Paul G. Gardephe
   United States District Judge