UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PACIFIC LIFE INSRUANCE COMPANY, et al.,

                Plaintiffs,

        -v-

U.S. BANK NATIONAL ASSOCIATION.,

                Defendant.
------------------------------------------------------------------X

16-CV-00555 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

      The oral argument is scheduled for two hours. The Court expects the majority of that time to be spent discussing Defendant's Motion for Partial Summary Judgment. ECF No. 299. The parties should be prepared to discuss at least the following:

- Whether Ohio or New York choice-of-law rules should apply to which state claims and what the resulting controlling body of law is with respect to each state claim.
- Whether New York or California substantive law controls the issues relating to Plaintiffs' standing concerning the "19 certificates [sold] from 2011 to 2014" (ECF No. 300 at 9) and what the resulting determinations should be.
- Whether issue preclusion bars most or all claims.
- Whether Plaintiffs' claims are timely.
- Which body of law controls whether sufficient written notice was provided concerning post-EOD claims and what the resulting determinations should be.
- Clarifying the number of pre-EOD claims and post-EOD claims at issue.

      SO ORDERED.

Dated: October 27, 2025
       New York, New York

                                        _____
                                        JEANNETTE A. VARGAS
                                        United States District Judge