UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

PACIFIC LIFE INSURANCE COMPANY AND PACIFIC LIFE & ANNUITY COMPANY,

Plaintiffs,

-v-

U.S. BANK NATIONAL ASSOCIATION,

Defendant.

------------------------------------------------------------------X

16-CV-00555 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

In light of the Court's recent Opinion and Order, ECF No. 364, the parties are directed to file a joint letter on **September 7, 2026**, providing the Court with a status update and setting forth their proposals regarding next steps in this action.

SO ORDERED.

Dated: August 25, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge